**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHAWN M. PAGANO, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 07-140 Erie |
| v. ) | |
| ) | |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on June 4, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on June 19, 2007, recommends that the petition for writ of habeas corpus be transferred to the Middle District of Pennsylvania.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated, and on Respondents.  Petitioner has filed no objections to Chief Magistrate Judge Baxter's Report and Recommendation.  After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th day of July 2007;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is to be TRANSFERRED forthwith to the United States District Court for the Middle District of Pennsylvania.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on June 19, 2007 [2] is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                                   Sean J. McLaughlin
                                   United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, Chief U.S. Magistrate Judge